FILED

JAN - 6 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )
) No.
SCOTT E. RODGERS, )
)
Defendant. )
)
)

**4:21CR00009 RWS/NCC**

## INDICTMENT

The Grand Jury charges that:

## COUNT I
## EMBEZZLEMENT AND THEFT FROM A LABOR UNION: 29 U.S.C. § 501(c)

1.      From in or about October 2016 through in or about April of 2020, in St. Louis, Missouri, within the Eastern District of Missouri, and elsewhere,

### SCOTT E. RODGERS

defendant herein, while President of Postal Mail Handlers Local 314, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use, the moneys, funds, securities, property, and other assets of said labor organization, in the approximate amount of **$80,765.31**.

2.      Postal Mail Handlers Local 314 (hereinafter "Local 314") is a labor union based in St. Louis, Missouri. Local 314 is a division of Laborers International Union of North America AFL-CIO (hereinafter "LIUNA"). In 2019, Local 314 represented approximately 465 mail handlers employed by the United States Postal Service. The local members pay dues of $26.50 per pay period, which is the primary source of income for Local 314. The union is governed by Local

314's bylaws and the National and Local Constitutions from the National Postal Mail Handlers Union.

3.    Defendant Rodgers has been the President of Local 314 since October 2016. As the President, Defendant Rodgers has access to Local 314's Royal Banks of Missouri bank account #XXXX4075. Further, Defendant Rodgers had exclusive control over one of the debit cards issued on Local 314's bank account, #XXXX-XXXX-XXXX-5540.

4.    From in or about October 2016 through in or about April 2020, Defendant Rodgers made approximately 4 unauthorized ATM withdrawals from Local 314's Royal Banks of Missouri account. Rodgers made these withdrawals despite previously confronting the Local 314 Treasurer regarding the impermissibility of unauthorized ATM withdrawals from the union account. Further, Local 314 did not use cash for purchases or payments on behalf of the union.

5.    Defendant Rodgers also used Local 314's debit card ending in #5540 for unauthorized personal purchases, such as meals, fuel, transportation, retail, travel, and lodging.

6.    In addition, Defendant Rodgers claimed and received lost time payments for performing union activities on behalf of Local 314 for time he was not, in fact, engaged in union activities and while being paid a full-time salary from his employer.

All in violation of Title 29, United States Code, Section 501(c).

## FORFEITURE ALLEGATION

7.    Pursuant to Title 18, United States Code, Section 981(a) and Title 28, United States Code, Section 2461, upon conviction of an offense in violation of Title 29, United States Code, Section 501(c) as set forth in Count I, the defendant shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

8.      Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

9.      In the event any forfeitable property, as a result of an act or omission of the defendant

     a.   cannot be located upon the exercise of due diligence;

     b.   has been transferred or sold to, or deposited with, a third party;

     c.   has been placed beyond the jurisdiction of the court;

     d.   has been substantially diminished in value; or

     e.   has been commingled with other property which cannot be divided

     without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

_____

FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____

Lindsay McClure-Hartman – 66070MO
Assistant United States Attorney